# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV03-00444JMS-BMK

CASE NAME:        Filemoni P. Ieremia v. Hawaiian Fishing Company, et al.

ATTYS FOR PLA:    Jay Friedheim

ATTYS FOR DEFT:   Warren Kim, by phone

INTERPRETER:

JUDGE:    Kevin S. C. Chang            REPORTER:    C5 - no record

DATE:     2/2/2006                     TIME:        9:10-9:20am

COURT ACTION:  EP: Status Conference.  Discussion held regarding payments pursuant to the settlement reached.  Mr. Kim represented that he cannot get in contact with his client.  Plaintiff requested judgment be entered against the corporation and vessel in rem.  Mr. Friedheim to file the appropriate motion for entry of judgment to be held before Judge Seabright.  Mr. Kim will continue attempts to contact his client.

Submitted by: Shari Afuso, Courtroom Manager