ORIGINAL

JAY LAWRENCE FRIEDHEIM #4516
ADMIRALTY ADVOCATES ®
820 Mililani Street #503
Honolulu, Hawaii 96813
Telephone No. (808) 545-5454
FAX (808) 528-1818
E-mail: jlf@pixi.com
Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 1 2006

at 3 o'clock and 10 min __ M
SUE BEITIA, CLERK

LODGED

APR 10 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FILEMONI P. IEREMIA,<br><br>  Plaintiff,<br>vs.<br>HAWAIIAN FISHING COMPANY, LTD,; GUEN HWA BAE; VINCE SONG; CHONG OK SONG; <u>IN PERSONAM</u> AND THE F/V SEA HAWK, O. N. 509600; <u>IN REM</u>,<br>  Defendants. | CIVIL NO. 03-00444 JMS/BMK  (In Admiralty)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br>Trial:  Nov. 15, 2005 at 9:00 am<br>Judge: Hon. J. Michael Seabright |

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED, by and between all appearing parties hereto, that all parties and all claims be dismissed without prejudice, each party to bear its own attorneys' fees and costs.

This stipulation is made pursuant to Rules 41(a)(1)(ii) of the Federal Rule of Civil Procedure, and is signed by all parties in this action. There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii  _____

_____
JAY LAWRENCE FRIEDHEIM
Attorney for Plaintiff
FILEMONI P. IEREMIA

_____
WARREN KIM
Attorneys for Defendants
HAWAIIAN FISHING COMPANY, LTD. and
GUEN HWA BAE

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

---

FILEMONI P. IEREMIA vs. HAWAIIAN FISHING COMPANY, LTD, et al.
CIVIL NO. 03-00444 JMS/BMK
STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE AND ORDER